## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **S&K Machineworks and Fabrication, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **Coastal Industrial Fabrication** |
| **3.** | **Debtor's federal Employer Identification Number (EIN)** | **20-8383564** |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **40850 Pine Grove Rd** **Bay Minette, AL 36507-8460** Number, Street, City, State & ZIP Code | **40850 Pine Grove Rd** **Bay Minette, AL 36507-8460** P.O. Box, Number, Street, City, State & ZIP Code |
| **Baldwin** County | **Location of principal assets, if different from principal place of business** |
| | **40850 Pine Grove Rd Bay Minette, AL 36507-8460** Number, Street, City, State & ZIP Code |

**5.   Debtor's website** (URL)   _____

**6.   Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number, if known | _____ |

**11.  Why is the case filed in**        *Check all that apply:*
      *this district?*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**        ■ No
      **have possession of any**       ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
      **real property or personal**
      **property that needs**
      **immediate attention?**

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

                        Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

          Contact name        _____

          Phone               _____

---

■  **Statistical and administrative information**

**13.  Debtor's estimation of**         .    *Check one:*
      **available funds**

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**       ■ 1-49              ☐ 1,000-5,000        ☐ 25,001-50,000
      **creditors**               ☐ 50-99             ☐ 5001-10,000        ☐ 50,001-100,000
                                  ☐ 100-199           ☐ 10,001-25,000      ☐ More than100,000
                                  ☐ 200-999

**15.  Estimated Assets**          ☐ $0 - $50,000              ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                  ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                  ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                  ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16.  Estimated liabilities**     ☐ $0 - $50,000              ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                  ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                  ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                  ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 12, 2018**
              MM / DD / YYYY

X  **/s/ Bill Kinggard**                                          **Bill Kinggard**
   Signature of authorized representative of debtor                Printed name

Title _____

**18. Signature of attorney**

X  **/s/ Irvin Grodsky**                              Date  **February 12, 2018**
   Signature of attorney for debtor                          MM / DD / YYYY

**Irvin Grodsky**
Printed name

**Irvin Grodsky P.C.**
Firm name

**454 Dauphin St**
**Mobile, AL 36602-2404**
Number, Street, City, State & ZIP Code

Contact phone _____   Email address  **igrodsky@irvingrodskypc.com**

**Irvin Grodsky ALS**
Bar number and State

Fill in this information to identify the case:

| Debtor name | S&K Machineworks and Fabrication, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF ALABAMA, MOBILE DIVISION |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aluminum & Stainless, Inc. 401 N Roman St New Orleans, LA 70112-3638 | | | | | | $14,056.20 |
| American Express PO Box 650448 Dallas, TX 75265-0448 | | | | | | $185,188.90 |
| Best Stainless & Alloys 13225 Baypark Rd Pasadena, TX 77507-1107 | | | | | | $35,000.00 |
| Bill Kinggard 955 Whittier St Fairhope, AL 36532-1923 | | | | | | $46,817.00 |
| Capitol Ultrasonics/Premium Int. PO Box 53248 Baton Rouge, LA 70892-3248 | | | | | | $43,101.75 |
| Dan Scott 10160 Rosewood Ln Daphne, AL 36526-6614 | | | | | | $282,869.00 |
| Equipment, Inc. 6025 Rangeline Rd Theodore, AL 36582-5204 | | | | | | $14,346.37 |

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **McCullough Steel Products 1717 McCullough Blvd Tupelo, MS 38801-7102** | | | | | | $72,509.10 |
| **Metals, Inc. 1010 W 37th Pl Tulsa, OK 74107-5716** | | | | | | $22,188.84 |
| **MSC 75 Maxess Rd Melville, NY 11747-3151** | | | | | | $24,194.32 |
| **Nondestructive & Visual Inspection, Inc. 2449 W Park Ave Gray, LA 70359-3607** | | | | | | $46,507.43 |
| **Regions Bank Attn: Daniel Connell 350 Riverchase Pkway East St # 400 Hoover, AL 35244** | | | | $1,810,411.85 | $1,611,600.00 | $1,004,311.85 |
| **Regions Bank Attn: Daniel Connell 350 Riverchase Pkway East St # 400 Hoover, AL 35244** | | | | $951,131.99 | $1,611,600.00 | $151,131.99 |
| **Regions Bank Attn: Daniel Connell 350 Riverchase Pkway East St # 400 Hoover, AL 35244** | | | | $424,390.61 | $1,611,600.00 | $418,890.61 |
| **Regions Pay Card PO Box 11007 Birmingham, AL 35288-0001** | | | | | | $19,884.80 |
| **Ryerson PO Box 905716 Charlotte, NC 28290-5716** | | | | | | $59,011.55 |
| **Sabel Steel 749 N Court St Montgomery, AL 36104-2301** | | | | | | $45,733.32 |
| **Safety Plus 4254 Halls Mill Rd Mobile, AL 36693-5617** | | | | | | $12,350.10 |

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Specialty Steel Supply, Inc. 19201 Circle Lake Dr Pinehurst, TX 77362-4193** | | | | | | **$49,258.00** |
| **Wesco, Inc. PO Box 10546 Mobile, AL 36610-0546** | | | | | | **$12,106.86** |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 3

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

# United States Bankruptcy Court
## Southern District of Alabama, Mobile Division

**IN RE:**                                                                Case No. _____

**S&K Machineworks and Fabrication, Inc.** _____         Chapter **11** _____
Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:

_____

_____

**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**S&K Machineworks and Fabrication, Inc.** _____         **X** */s/ Bill Kinggard* _____  2/12/2018
Printed Name(s) of Debtor(s)                                          Signature of Debtor                                Date

Case No. (if known) _____         **X** _____
                                                                              Signature of Joint Debtor (if any)                    Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 2018 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| Fill in this information to identify the case: |
| --- |

Debtor name  **S&K Machineworks and Fabrication, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF ALABAMA, MOBILE DIVISION

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

Part 1:    **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................... $   **800,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................... $   **1,034,330.65**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................... $   **1,834,330.65**

Part 2:    **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $   **3,185,936.45**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................................ $   **15,897.50**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$   **1,053,788.46**

4.   Total liabilities ...........................................................................................................
    Lines 2 + 3a + 3b          $   **4,255,622.41**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name     **S&K Machineworks and Fabrication, Inc.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF ALABAMA, MOBILE DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **February 12, 2018**          X **/s/ Bill Kinggard**
                                                 Signature of individual signing on behalf of debtor

                                                 **Bill Kinggard**
                                                 Printed name

                                                 _____
                                                 Position or relationship to debtor

Debtor name    **S&K Machineworks and Fabrication, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF ALABAMA, MOBILE DIVISION

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write
the debtor's name and case number (if known).

**Part 1:      Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other | **$141,025.00** |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | **$1,896,638.00** |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other  **1/1/16 to 12/31/16** | **$3,724,217.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and
    royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:      List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this
    case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years
    after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Case 18-00543    Doc 1    Filed 02/12/18    Entered 02/12/18 17:05:49    Desc Main
Document        Page 11 of 47

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Wesco, Inc.**<br>PO Box 10546<br>Mobile, AL 36610-0546 | 12/11/17 | $7,754.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Fox Metals and Alloys**<br>12660 FM 529 Rd<br>Houston, TX 77041-2723 | 11/10/17<br>$1,542.00<br>12/12/17<br>$9,298.00 | $10,840.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Chatom Steel**<br>PO Box 930362<br>Atlanta, GA 31193-0362 | 11/9/17<br>$730.53<br>12/15/17<br>$11,533.31 | $12,263.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Premium Intl/Capitol Ultrasonics**<br>PO Box 53248<br>Baton Rouge, LA 70892-3248 | 11/10/17 | $8,816.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Dan Scott**<br>10160 Rosewood Ln<br>Daphne, AL 36526-6614 | 2/5/17<br>2/5/18 | $18,991.44 | **Monthly payments of principal/interest, pay Dow credit line** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **McCullough Steel US vs. S&K<br>05-CV-2017-901455.00** | | **Circuit Court Baldwin County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Aluminum & Stainless vs. S&K<br>05-CV-2017-901332.00** | | **Circuit Court Baldwin County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Safety Plus vs. S&K<br>02-CV-2017-902514.00** | | **Circuit Court Mobile County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Ryerson vs. S&K<br>02-CV-18-900142** | | **Circuit Court Mobile County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **American Express vs. S&/Bill Kinggard<br>05-CV-18-900074** | | **Circuit Court Mobile County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Employee Theft Karen Gorvitz Gift card purchase over 2 1/2 years** | **$50,000.00** | **10/16/17** | **$65,000.00** |

---

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Irvin Grodsky**<br>**454 Dauphin St**<br>**Mobile, AL 36602-2404** | | **1/16/18** | **$13,700.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☐ No. Go to Part 10.
   ■ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ■ Yes. Fill in below.

| Name of plan | Employer identification number of the plan |
|---|---|
| **New York Life Simple IRA** | EIN: _____ |

   Has the plan been terminated?
   ☐ No
   ■ Yes

**Part 10:     Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Case 18-00543   Doc 1   Filed 02/12/18   Entered 02/12/18 17:05:49   Desc Main
Document      Page 15 of 47

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

---

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.   **Kinggard Eelagant Homes** | **Homebuilder** | EIN: |
| | | From-To   **Inactive**<br>**Bill Kinggard** |
| 25.2.   **Primier Properties** | **Homebuilder** | EIN: |
| | | From-To   **Dan Scott**<br>**Inactive** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Karen Gurvitz**<br>**9614 Kasey Ct**<br>**Daphne, AL 36526-8709** | **8/5/11 to 10/16/17** |
| 26a.2.   **Allen & Allen Accounting**<br>**2202 Main St**<br>**Daphne, AL 36526-4504** | **3/7/07 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **Allen & Allen Accounting**<br>**2202 Main St**<br>**Daphne, AL 36526-4504** | **3/7/07 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable,<br>explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **AMEX**<br>**PO Box 650448**<br>**Dallas, TX 75265-0448** |
| 26d.2.   **Regions**<br>**PO Box 11007**<br>**Birmingham, AL 35288-0001** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **William Kinggard** | **955 Whittier St**<br>**Fairhope, AL 36532-1923** | **President** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dan Scott** | **10160 Rosewood Ln**<br>**Daphne, AL 36526-6614** | **Vice President** | **50%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Dan Scott** | | **Fabrication Manager** | **3/09 to 6/17** |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Dan Scott**<br>**10160 Rosewood Ln**<br>**Daphne, AL 36526-6614** | **Credit line payment $1,650.00 a month and salary of $50,000.00 plus car and expense allowance for 6 months**<br>**Yearly Life Insurance $1,000,000 policy at $1,710.00 a year** | | |
| | Relationship to debtor | | | |
| 30.2. | **Bill Kinggard**<br>**955 Whittier St**<br>**Fairhope, AL 36532-1923** | **Salary of $100,000.00**<br>**Car & Expense**<br>**Yearly life ins. policy for $1000.000.00 at $2,890.00 a year** | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

�■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 12, 2018**

**/s/ Bill Kinggard**                                         **Bill Kinggard**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☐■ No
☐ Yes

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

# United States Bankruptcy Court
## Southern District of Alabama, Mobile Division

In re **S&K Machineworks and Fabrication, Inc.**

Debtor(s)

Case No.

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .......................... $ _____ **0.00**

   Prior to the filing of this statement I have received .......................... $ _____ **0.00**

   Balance Due .......................... $ _____ **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 12, 2018**
*Date*

/s/ Irvin Grodsky
**Irvin Grodsky**
*Signature of Attorney*
**Irvin Grodsky P.C.**

**454 Dauphin St**
**Mobile, AL 36602-2404**

**igrodsky@irvingrodskypc.com**
*Name of law firm*

---

© 2018 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**United States Bankruptcy Court**
**Southern District of Alabama, Mobile Division**

IN RE:                                                          Case No. _____

S&K Machineworks and Fabrication, Inc.                  Chapter **11** _____
_____
                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **February 12, 2018** _____     Signature: ***/s/ Bill Kinggard*** _____
                                                         **Bill Kinggard,**
                                                                                            Debtor


Date: _____     Signature: _____
                                                                          Joint Debtor, if any

Debtor name     **S&K Machineworks and Fabrication, Inc.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF ALABAMA, MOBILE DIVISION

Case number (if known)     _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property       **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Wells Fargo** | **Checking** | **8451** | **$6,503.82** |
| 3.2. | **Wells Fargo** | **Checking** | **0292** | **$155.61** |
| 3.3. | **Regions Bank** | **Checking** | **2561** | **$3.43** |
| 3.4. | **Regions Bank** | **Checking** | **4844** | **$32.43** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $6,695.29 |
   | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Case 18-00543    Doc 1    Filed 02/12/18    Entered 02/12/18 17:05:49    Desc Main
                         Document        Page 22 of 47

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:    **113,535.36** – **0.00** = ....    **$113,535.36**
                              face amount    doubtful or uncollectible accounts

12.     **Total of Part 3.**    **$113,535.36**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** | | | |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Machinery/Equipment** | **$709,600.00** | | **$709,600.00** |

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books,
        pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections;
        other collections, memorabilia, or collectibles

43.     **Total of Part 7.**    **$709,600.00**

Add lines 39 through 42.  Copy the total to line 86.

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 2

**44.**    **Is a depreciation schedule available for any of the property listed in Part 7?**

     ■ No
     ☐ Yes

**45.**    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

     ■ No
     ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☐ No.  Go to Part 9.
     ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2004 5 ton INTL** | **$12,000.00** | | **$12,000.00** |
| 47.2.   **2013 Ford F-350 Super Duty** | **$32,000.00** | | **$32,000.00** |
| 47.3.   **2006 FRON box trailer** | **$1,500.00** | | **$1,500.00** |
| 47.4.   **2005 ROAD flat bed** | **$1,500.00** | | **$1,500.00** |
| 47.5.   **2017 Ford Fusion** | **$20,000.00** | | **$20,000.00** |
| 47.6.   **2005 Chevy flat bed** | **$12,000.00** | | **$12,000.00** |
| 47.7.   **1989 FLAT goose neck** | **$1,500.00** | | **$1,500.00** |
| 47.8.   **2000 WABA WaBash** | **$1,000.00** | | **$1,000.00** |
| 47.9.   **2013 UTIL goose neck** | **$3,000.00** | | **$3,000.00** |
| 47.10.   **2010 Ford F-250 Super Duty** | **$12,000.00** | | **$12,000.00** |

**48.**    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.**    **Aircraft and accessories**

**50.**    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51.**    **Total of Part 8.**

      Add lines 47 through 50.  Copy the total to line 87.

| | |
|---|---|
| | **$96,500.00** |

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | Real property |
|---------|---------------|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **40850 Pine Grove Rd, Bay Minette, AL 36507-8460 Manufacturing Facility & Land** | _____ | $350,000.00 | _____ | $350,000.00 |
| 55.2.  **8517 Bellingrath Rd, Theodore, AL 36582-2713 & all personal property** | _____ | $450,000.00 | _____ | $450,000.00 |

56.    **Total of Part 9.**                                                                    | $800,000.00 |
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |
|----------|---------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|----------|------------------|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com
              Case 18-00543   Doc 1   Filed 02/12/18   Entered 02/12/18 17:05:49   Desc Main
                              Document      Page 25 of 47

Debtor  **S&K Machineworks and Fabrication, Inc.**        Case number *(If known)* _____
          <sub>Name</sub>

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

| 71. | **Notes receivable**<br>Description (include name of obligor) | |
|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**S&K vs. BP**<br>**Case # 2.16=CV05804**<br>**Cunningham, Bounds** | **unknown** |

Nature of claim                _____
Amount requested               $1.00

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>**Balance of employee theft**<br>**Karen Gurvitz** | **$15,000.00** |
|---|---|---|

Nature of claim                _____
Amount requested               $15,000.00

| 76. | **Trusts, equitable or future interests in property** | |
|---|---|---|
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
|  | **Work in Progress (at Debtor's costs)** | **$87,500.00** |

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$102,500.00** |
|---|---|---|

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,695.29 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $113,535.36 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $709,600.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $96,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $800,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $102,500.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,028,830.65 | + 91b.   $800,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,828,830.65 |

Debtor name   **S&K Machineworks and Fabrication, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF ALABAMA, MOBILE DIVISION

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

---

| 2.1 | **Regions Bank** | | **$1,810,411.85** | **$1,611,600.00** |

Creditor's Name

**Attn: Daniel Connell**
**350 Riverchase Pkway East**
**St # 400**
**Hoover, AL 35244**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
_____

**Describe the lien**
**& all personal property**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/15/15**

**Last 4 digits of account number**
**0001**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Regions Bank**
**2. Regions Bank**
**3. Regions Bank**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Regions Bank** | | **$951,131.99** | **$1,611,600.00** |

Creditor's Name

**Attn: Daniel Connell**
**350 Riverchase Pkway East**
**St # 400**
**Hoover, AL 35244**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
_____

**Describe the lien**
**408 Pine Grove Road, Bay Minette, AL 36597**
**& all personal property**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/15/15**

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Case 18-00543    Doc 1    Filed 02/12/18    Entered 02/12/18 17:05:49    Desc Main
Document    Page 28 of 47

| Debtor | **S&K Machineworks and Fabrication, Inc.** | Case number (if known) | |
|--------|--------------------------------------------|-------------------------|---|
| | Name | | |

**Last 4 digits of account number**
**9783**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Regions Bank**<br>**2. Regions Bank**<br>**3. Regions Bank** | ☐ Unliquidated<br>☐ Disputed |

---

| 2.3 | **Regions Bank** | Describe debtor's property that is subject to a lien | $424,390.61 | $1,611,600.00 |
|-----|-------------------|------------------------------------------------------|-------------|---------------|
| | Creditor's Name | | | |

**Attn: Daniel Connell**
**350 Riverchase Pkway East**
**St # 400**
**Hoover, AL 35244**
Creditor's mailing address

**Describe the lien**
**8517 Bellingrath Road, Theodore, AL 36582**
**& all personal property**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/15/15**

**Last 4 digits of account number**
**1615**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Regions Bank**<br>**2. Regions Bank**<br>**3. Regions Bank** | ☐ Unliquidated<br>☐ Disputed |

---

| 2.4 | **Regions Commercial Equipment Finance,LLC** | Describe debtor's property that is subject to a lien | $1.00 | $0.00 |
|-----|----------------------------------------------|------------------------------------------------------|-------|-------|
| | Creditor's Name | | | |

**1900 5th Ave N**
**Birmingham, AL**
**35203-2610**
Creditor's mailing address

**Describe the lien**
**All real and personal property.**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed |

---

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

| 2.5 | **Regions Equipment Finance Corporation** | Describe debtor's property that is subject to a lien | $1.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 910828**
**Lexington, KY 40591-0828**
Creditor's mailing address

Describe the lien

**All real and personal property.**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $3,185,936.45 |
|---|---|---|

**Part 2:**    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor name **S&K Machineworks and Fabrication, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF ALABAMA, MOBILE DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and*
*Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
    priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,284.94** | **$8,284.94** |
| | **Baldwin County Revenue Commissioner** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **PO Box 1549**<br>**Bay Minette, AL 36507-1549** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,612.56** | **$7,612.56** |
| | **Mobile Cty.  Revenue Commissioner** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **PO Box 1169**<br>**Mobile, AL 36633-1169** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

Amount of claim

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com
12345

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,198.00 |
|---|---|---|---|

**AlaFab, Inc.**

**770 Pierce Rd**
**Mobile, AL 36608-9441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number  **SK**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,122.47 |
|---|---|---|---|

**Allen & Allen**

**2202 Main St**
**Daphne, AL 36526-4504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number _____

Is the claim subject to offset? ☐ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,031.12 |
|---|---|---|---|

**Allied Supply Company, Inc.**

**3205 10th Ave SW**
**Huntsville, AL 35805-4027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number _____

Is the claim subject to offset? ☐ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,056.20 |
|---|---|---|---|

**Aluminum & Stainless, Inc.**

**401 N Roman St**
**New Orleans, LA 70112-3638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number  **6104**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $185,188.90 |
|---|---|---|---|

**American Express**

**PO Box 650448**
**Dallas, TX 75265-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number  **2009**

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,990.00 |
|---|---|---|---|

**American Piping Products, Inc.**

**825 Maryville Centre Dr Ste 310**
**Chesterfield, MO 63017-5946**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,000.00 |
|---|---|---|---|

**Best Stainless & Alloys**

**13225 Baypark Rd**
**Pasadena, TX 77507-1107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Case 18-00543    Doc 1    Filed 02/12/18    Entered 02/12/18 17:05:49    Desc Main
Document    Page 32 of 47

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,817.00 |
|---|---|---|---|

**Bill Kinggard**

**955 Whittier St**
**Fairhope, AL 36532-1923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,101.75 |
|---|---|---|---|

**Capitol Ultrasonics/Premium Int.**

**PO Box 53248**
**Baton Rouge, LA 70892-3248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,883.90 |
|---|---|---|---|

**Challenge Engineering**

**4234 Halls Mill Rd**
**Mobile, AL 36693-5617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,608.12 |
|---|---|---|---|

**Compressed Air Technologies**

**200 W Interstate 65 SERVICE RD N**
**Mobile, AL 36608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __M005__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $282,869.00 |
|---|---|---|---|

**Dan Scott**

**10160 Rosewood Ln**
**Daphne, AL 36526-6614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,346.37 |
|---|---|---|---|

**Equipment, Inc.**

**6025 Rangeline Rd**
**Theodore, AL 36582-5204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __2711__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,252.37 |
|---|---|---|---|

**Fox Metals and Alloys, Inc.**

**12660 FM 529 Rd**
**Houston, TX 77041-2723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **S&K Machineworks and Fabrication, Inc.** | Case number (if known) | |
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,981.80 |

**Jacquest Services**

191 S Keim St Ste 108
Pottstown, PA 19464-6046

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  2515

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,106.82 |

**Jo-Mar Delivery Service**

7850 Schillinger Park Rd
Mobile, AL 36608-5222

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,509.10 |

**McCullough Steel Products**

1717 McCullough Blvd
Tupelo, MS 38801-7102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  0020

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,188.84 |

**Metals, Inc.**

1010 W 37th Pl
Tulsa, OK 74107-5716

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  1851

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,194.32 |

**MSC**

75 Maxess Rd
Melville, NY 11747-3151

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,507.43 |

**Nondestructive & Visual Inspection, Inc.**

2449 W Park Ave
Gray, LA 70359-3607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  0764

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |

**Precision Tool Technologies**

852 County Road 422
Englewood, TN 37329-5040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Case 18-00543   Doc 1   Filed 02/12/18   Entered 02/12/18 17:05:49   Desc Main
Document   Page 34 of 47

| Debtor | **S&K Machineworks and Fabrication, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,884.80 |
|---|---|---|---|

**Regions Pay Card**

PO Box 11007
Birmingham, AL 35288-0001

Date(s) debt was incurred __

Last 4 digits of account number __0752__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59,011.55 |

**Ryerson**

PO Box 905716
Charlotte, NC 28290-5716

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,733.32 |

**Sabel Steel**

749 N Court St
Montgomery, AL 36104-2301

Date(s) debt was incurred __

Last 4 digits of account number __4825__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,350.10 |

**Safety Plus**

4254 Halls Mill Rd
Mobile, AL 36693-5617

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,149.22 |

**Southern Gas and Supply**

125 Thruway Park Rd
Broussard, LA 70518-3601

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,258.00 |

**Specialty Steel Supply, Inc.**

19201 Circle Lake Dr
Pinehurst, TX 77362-4193

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,341.10 |

**TCI Tank Components**

2000 N Alliance Ave
Springfield, MO 65803-9600

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **S&K Machineworks and Fabrication, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,106.86 |
|---|---|---|---|

**Wesco, Inc.**

PO Box 10546
Mobile, AL 36610-0546

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Altus Global Trade**<br>2400 Veterans Memorial Blvd Ste 300<br>Kenner, LA 70062-8725 | Line **3.7**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Armbrecht, Jackson**<br>PO Box 290<br>Mobile, AL 36601-0290 | Line **3.25**<br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Conrad, Barlor & McCulloch**<br>PO Box 3045<br>Mobile, AL 36652-3045 | Line **3.23**<br>☐ Not listed. Explain ____ | __ |
| 4.4 | **CST Worldwide**<br>PO Box 224768<br>Dallas, TX 75222-4768 | Line **3.20**<br>☐ Not listed. Explain ____ | **0764** |
| 4.5 | **Mitchell, McNut and Sams**<br>PO Box 1366<br>Columbus, MS 39703-1366 | Line **3.17**<br>☐ Not listed. Explain ____ | **0020** |
| 4.6 | **Pappanastos Law Firm**<br>PO Box 950<br>Lady Lake, FL 32158-0950 | Line **3.4**<br>☐ Not listed. Explain ____ | **6104** |
| 4.7 | **Parnell/Parnell**<br>PO Box 2189<br>Montgomery, AL 36102-2189 | Line **3.5**<br>☐ Not listed. Explain ____ | **2009** |
| 4.8 | **Parnell/Parnell**<br>PO Box 2189<br>Montgomery, AL 36102-2189 | Line **3.24**<br>☐ Not listed. Explain ____ | **4825** |

---

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 15,897.50 |
| 5b. Total claims from Part 2 | 5b. | + $ | 1,053,788.46 |

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Case 18-00543    Doc 1    Filed 02/12/18    Entered 02/12/18 17:05:49    Desc Main
Document         Page 36 of 47

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.

$ _____ **1,069,685.96**

**Fill in this information to identify the case:**

Debtor name    **S&K Machineworks and Fabrication, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF ALABAMA, MOBILE DIVISION

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Case 18-00543    Doc 1    Filed 02/12/18    Entered 02/12/18 17:05:49    Desc Main
Document    Page 38 of 47

**Fill in this information to identify the case:**

Debtor name    **S&K Machineworks and Fabrication, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF ALABAMA, MOBILE DIVISION

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Dan Scott** | **10160 Rosewood Ln**<br>**Daphne, AL 36526-6614** | **Clark Partington** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Dan Scott** | **10160 Rosewood Ln**<br>**Daphne, AL 36526-6614** | **Clark Partington** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Dan Scott** | **10160 Rosewood Ln**<br>**Daphne, AL 36526-6614** | **Clark Partington** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **William Kinggard** | **955 Whittier St**<br>**Fairhope, AL 36532-1923** | **American Express** | ☐ D _____<br>■ E/F  **3.5**<br>☐ G _____ |
| 2.5 | **William Kinggard** | **955 Whittier St**<br>**Fairhope, AL 36532-1923** | **Clark Partington** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | **William Kinggard** | **955 Whittier St**<br>**Fairhope, AL 36532-1923** | **Clark Partington** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.7 **William Kinggard** | **955 Whittier St**<br>**Fairhope, AL 36532-1923** | **Clark Partington** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

AlaFab, Inc.
770 Pierce Rd
Mobile, AL  36608-9441


Allen & Allen
2202 Main St
Daphne, AL  36526-4504


Allied Supply Company, Inc.
3205 10th Ave SW
Huntsville, AL  35805-4027


Altus Global Trade
2400 Veterans Memorial Blvd Ste 300
Kenner, LA  70062-8725


Aluminum & Stainless, Inc.
401 N Roman St
New Orleans, LA  70112-3638


American Express
PO Box 650448
Dallas, TX  75265-0448


American Piping Products, Inc.
825 Maryville Centre Dr Ste 310
Chesterfield, MO  63017-5946

Armbrecht, Jackson
PO Box 290
Mobile, AL  36601-0290


Baldwin County Revenue Commissioner
PO Box 1549
Bay Minette, AL  36507-1549


Best Stainless & Alloys
13225 Baypark Rd
Pasadena, TX  77507-1107


Bill Kinggard
955 Whittier St
Fairhope, AL  36532-1923


Capitol Ultrasonics/Premium Int.
PO Box 53248
Baton Rouge, LA  70892-3248


Challenge Engineering
4234 Halls Mill Rd
Mobile, AL  36693-5617


Clark Partington
Attn: Robert Powell
125 W Romana St Ste 800
Pensacola, FL  32502-5856

Compressed Air Technologies
200 W Interstate 65 SERVICE RD N
Mobile, AL  36608


Conrad, Barlor & McCulloch
PO Box 3045
Mobile, AL  36652-3045


CST Worldwide
PO Box 224768
Dallas, TX  75222-4768


Dan Scott
10160 Rosewood Ln
Daphne, AL  36526-6614


Equipment, Inc.
6025 Rangeline Rd
Theodore, AL  36582-5204


Fox Metals and Alloys, Inc.
12660 FM 529 Rd
Houston, TX  77041-2723


Jacquest Services
191 S Keim St Ste 108
Pottstown, PA  19464-6046

Jo-Mar Delivery Service
7850 Schillinger Park Rd
Mobile, AL  36608-5222


McCullough Steel Products
1717 McCullough Blvd
Tupelo, MS  38801-7102


Metals, Inc.
1010 W 37th Pl
Tulsa, OK  74107-5716


Mitchell, McNut and Sams
PO Box 1366
Columbus, MS  39703-1366


Mobile Cty.  Revenue Commissioner
PO Box 1169
Mobile, AL  36633-1169


MSC
75 Maxess Rd
Melville, NY  11747-3151


Nondestructive & Visual Inspection, Inc.
2449 W Park Ave
Gray, LA  70359-3607

Pappanastos Law Firm
PO Box 950
Lady Lake, FL  32158-0950


Parnell/Parnell
PO Box 2189
Montgomery, AL  36102-2189


Precision Tool Technologies
852 County Road 422
Englewood, TN  37329-5040


Regions Bank
Attn: Daniel Connell
350 Riverchase Pkway East St # 400
Hoover, AL  35244


Regions Commercial Equipment Finance,LLC
1900 5th Ave N
Birmingham, AL  35203-2610


Regions Equipment Finance Corporation
PO Box 910828
Lexington, KY  40591-0828


Regions Pay Card
PO Box 11007
Birmingham, AL  35288-0001

```
Ryerson
PO Box 905716
Charlotte, NC  28290-5716


Sabel Steel
749 N Court St
Montgomery, AL  36104-2301


Safety Plus
4254 Halls Mill Rd
Mobile, AL  36693-5617


Southern Gas and Supply
125 Thruway Park Rd
Broussard, LA  70518-3601


Specialty Steel Supply, Inc.
19201 Circle Lake Dr
Pinehurst, TX  77362-4193


TCI Tank Components
2000 N Alliance Ave
Springfield, MO  65803-9600


Wesco, Inc.
PO Box 10546
Mobile, AL  36610-0546
```

```
William Kinggard
955 Whittier St
Fairhope, AL  36532-1923
```